Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>NATURE'S ELITE, INC.,<br><br>Defendant | C.A. No.: 4:20-cv-08687-HSG<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 17, 2021 Notice of Voluntary Dismissal, all claims asserted against Defendant in Civil Action No: **4:20-cv-08687-HSG**, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 18th day of March, 2021.**

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE